COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Robert H. Goode Jr. v. Stephanie McGuire

Appellate case number:  01-20-00028-CV

Trial court case number:  468981

Trial court:  Probate Court No. 2 of Harris County

Pursuant to Texas Rule of Appellate Procedure 34.5(c), the trial court clerk is directed to prepare, certify, and file in this Court a supplemental clerk's record including the following:

- "Amended Objection to Application for Appointment of Permanent Guardian of the Estate, Application for the Appointment of Community Administrator as Least Restrictive Alternative and Alternative Application for Appointment of Permanent Guardian of the Estate" (filed July 2, 2020)

- "Application for Leave to Resign as Guardian and for Appointment of Successor Guardian" (filed January 20, 2021)

- "Order Appointing Successor Guardian" (signed January 21, 2021, filed February 3, 2021)

- "Notice of Non-Suit of Amended Objection to Application for the Appointment of Guardian of the Estate of Lockie Goode, an Incapacitated Person, Application for the Appointment of Community Administrator as Least Restrictive Alternative and Alternative Application for Appointment of Permanent Guardian of the Estate" (filed March 3, 2021)

- "Order Appointing Permanent Guardian of the Estate" (signed April 12, 2021, filed April 13, 2021)

- "Order Terminating the §1301.053 Management Trust for the Benefit of Lockie L. Goode" (filed May 3, 2021, signed May 5, 2021)

The supplemental clerk's record shall be filed in the First Court of Appeals no later than **Thursday, June 17, 2021.** No costs shall be assessed for the supplemental record.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
          ☑ Acting individually    ☐ Acting for the Court

Date: __June 3, 2021___